JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL MORALES GONZALEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN et al.,<br>Respondents. | Case No. 5:26-cv-04552-MAR<br><br>JUDGMENT |

**IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents are ORDERED provide **Victor Manuel Morales Gonzalez (A# 204-380-377)** ("Petitioner") with an individualized bond hearing before a neutral Immigration Judge **no later than October 30, 2026** or release Petitioner if such hearing is not timely provided (except that if Petitioner requests a delay, then the hearing may be provided beyond the deadline and Respondents shall grant any reasonable request for delay). At the bond hearing, the Government must bear the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.).

Dated: November 3, 2026

MARGO A. ROCCONI
United States Magistrate Judge